# UNITED STATES ARMY COURT OF CRIMINAL APPEALS

Before
FLOR, POND, and STEELE
Appellate Military Judges

**UNITED STATES, Appellee**
v.
**Specialist DEREK S. ARANZAMENDI**
**United States Army, Appellant**

ARMY 20250246

Headquarters, Fort Campbell
John R. Maloney, Military Judge
Lieutenant Colonel John C. Olson Jr., Special Trial Counsel

For Appellant: Major Peter M. Ellis, JA; Major Emily R. Ittner, JA.

For Appellee: Major Elizabeth G. Van Dyck, JA.

3 June 2026

-------------
DECISION
-------------

Per Curiam:

On consideration of the entire record, including consideration of the issues personally specified by the appellant, we hold the findings of guilty and the sentence, as entered in the Judgment, correct in law and fact. Accordingly, those findings of guilty and the sentence are AFFIRMED.*

FOR THE COURT:



JAM     W
Clerk of Court

---

* The Statement of Trial Results Segmented Sentencing Worksheet, as incorporated by reference in the Entry of Judgment, is amended to accurately reflect appellant's adjudged sentence for Specifications 3 and 4 of Charge II as 730 days vice 760 days.